1  Hugh A. McCabe, SBN 131828
   David P. Hall, SBN 196891
2  NEIL, DYMOTT, FRANK,
      MCFALL & TREXLER
3  A Professional Law Corporation
   1010 Second Avenue, Suite 2500
4  San Diego, CA 92101-4959
5  **P** 619.238.1712
   **F** 619.238.1562
6

7  Attorneys for Defendant
   VISION VALUE LLC dba STANTON
8  OPTICAL

9  Additional counsel listed on next page
10

11

12                **UNITED STATES DISTRICT COURT**

13                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNALISA LEWIS, individually, and MICHELLE CATBAGAN, individually, and on behalf of all other similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>VISION VALUE, LLC dba STANTON OPTICAL, and DOES 1 through 100, Inclusive,<br><br>   Defendant. | CASE NO. 11-CV-01055 LJO MJS<br>**COLLECTIVE/CLASS ACTION**<br><br>**ORDER ALLOWING PLAINTIFFS LEAVE TO FILE THEIR FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Lawrence J. O'Neill<br>Courtoorm: 4 |

1
ORDER

ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann, Esq. (State Bar No. 229832)
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@laborgators.com

MICHAEL MALK, ESQ., APC
Michael Malk, Esq., (State Bar No. 222366)
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile:  (310) 499-5210
mm@malklawfirm.com

Attorneys for Plaintiffs Annalisa Lewis and Michelle Catbagan and all others similarly situated

## ORDER

Pursuant to the Parties' Joint Stipulation Allowing Plaintiffs Leave to File Their First Amended Class Action Complaint,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs are granted leave to file a First Amended Class Action Complaint in the form attached the parties' stipulation. That complaint is deemed filed and served as of the date of this order; and

2. Defendant's response to the First Amended Class Action Complaint must be filed on or before September 26, 2011.

IT IS SO ORDERED.

Dated:   September 2, 2011              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE