Hugh A. McCabe, SBN 131828
David P. Hall, SBN 196891
NEIL, DYMOTT, FRANK,
   MCFALL & TREXLER
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
**P** 619.238.1712
**F** 619.238.1562

Lisa D. MacClugage, *Pro Hac Vice* Pending
TRIPP SCOTT
110 SE Sixth Street, Suite 1500
Fort Lauderdale, FL 33301
**P** 954.525.7500
**F** 954.761.8475

Attorneys for Defendant
VISION VALUE LLC dba STANTON OPTICAL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNALISA LEWIS, individually, and MICHELLE CATBAGAN, individually, and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>VISION VALUE, LLC dba STANTON OPTICAL, and DOES 1 through 100, Inclusive,<br><br>    Defendant. | CASE NO. 11-CV-01055 LJO MJS<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT VISION VALUE, LLC'S TO RESPOND TO THE FIRST AMENDED COMPLAINT<br><br>Hon. Lawrence J. O'Neill<br>Ctrm: 4 |

Pursuant to Local Rules 143 and 144, Plaintiffs Annalisa Lewis, Michelle Catbagan and Defendant Vision Value, LLC dba Stanton Optical, by and through their attorneys of record, hereby submit this Stipulation to Extend the Time to Respond to the First Amended Complaint to November 4, 2011.

On September 23, 2011, the parties engaged in Rule 26 conference in preparation of this case and in anticipate of the scheduled status conference.  The parties agreed a cost effective way to litigate this case was to engage in informal discovery and exchange of documents.  This way the parties could prepare for alternative dispute resolution, either private mediation or through the Court.  In light of this agreement, the parties further agree Defendant Vision Value, LLC dba Stanton Optical's responsive pleading should be filed on or before November 4, 2011.

Dated:      October 5, 2011                    MICHAEL MALK, ESQ. APC


                                                By:      /s Michael Malk
                                                         Michael Malk
                                                         Attorneys for Plaintiffs
                                                         ANNALISA LEWIS and
                                                         MICHELLE CATBAGAN


Dated:      October 5, 2011                    NEIL, DYMOTT, FRANK,
                                                MCFALL & TREXLER
                                                A Professional Law Corporation


                                                By:      /s David P. Hall
                                                         Hugh A. McCabe
                                                         David P. Hall
                                                         Attorneys for Defendant
                                                         VISION VALUE LLC dba STANTON
                                                         OPTICAL

1 **ORDER**

2   In light of the foregoing Stipulation of the parties and good cause appearing, the Court
3 approves the Stipulation.  Defendant Vision Value, LLC dba Stanton Optical shall file its
4 responsive pleading on or before November 4, 2011.

5
6
7
8
9
10
11 IT IS SO ORDERED.
12
13   Dated:   October 5, 2011           /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE
14
15
...
28

3
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT